JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DIMAS F. TORUNO,

   Plaintiff,

vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

   Defendant.

Case No. CV 12-10058 RNB

**J U D G M E N T**

  In accordance with the Order Affirming Decision of Commissioner filed herewith,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: September 9, 2013

*/s/ Robert N. Block*

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE